IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00102-RPM

CINDY L. KODAMA,

        Plaintiff,

v.

HARRISON SCHOOL DISTRICT NO. 2,
DELORES MULLINS, in her Individual Capacity,
ANNETTE ONTIVEROS, in her Individual Capacity, and
VIC MEYERS, in his Individual Capacity,

        Defendants.
_____

ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND
_____

Upon consideration of the plaintiff's motion for leave to file second amended complaint, filed September 22, 2008, with the tendered pleading attached, the defendants' opposition and the plaintiff's reply, the Court finds and concludes that the attempt to add the sixth claim for relief for a violation of the Rehabilitation Act is barred by the two-year statute of limitations and the proposed sixth claim for relief does not relate back to the original complaint. Accordingly, it is

ORDERED that the motion for leave to file second amended complaint is denied.

DATED: October 28th, 2008

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge