# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-00102-RPM-KLM

CINDY L. KODAMA,

        Plaintiff,

v.

HARRISON SCHOOL DISTRICT NO. 2,
DELORES MULLINS, in her Individual Capacity,
ANNETTE ONTIVEROS, in her Individual Capacity, and
VIC MEYERS, in his Individual Capacity,

        Defendants.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO DESIGNATE EXPERTS AND RELATED DISCOVERY DEADLINES

Upon consideration of the Plaintiff's Unopposed Motion for Extension of Time to Designate Experts and Related Discovery Deadlines filed January 9, 2009, the Court approves the 30 day extension of time requested in the Motion. Accordingly, the Court's Scheduling Order is amended and it is

Ordered as follows:

1.    The parties shall designate experts and provide opposing counsel with all information specified under Fed.R.Civ.P. 26(a)(2) by February 8, 2009.

2.    Contradicting experts are to be designated by March 21, 2009.

3.    The discovery cut off date is March 21, 2009.

4. Depositions of Plaintiff's liability experts are to be completed by March 31, 2009 and of Defendants' by April 14, 2009.

5. Damages experts are to be deposed by both parties on or before May 30, 2009.

6. The dispositive motions deadline is set for April 18, 2009.

DATED this 16th day of January, 2009.

BY THE COURT,

s/Richard P. Matsch

Richard P. Matsch, Senior Judge