UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-00102-RPM

CINDY L. KODAMA,

        Plaintiff,

v.

HARRISON SCHOOL DISTRICT NO. 2,
DELORES MULLINS, in her Individual Capacity,
ANNETTE ONTIVEROS, in her Individual Capacity, and
VIC MEYERS, in his Individual Capacity,

        Defendants.

## ORDER TO DISMISS WITH PREJUDICE

Upon consideration of Plaintiff's Unopposed Motion to Dismiss with Prejudice [31], filed on March 4, 2009, it is,

ORDERED that this matter is dismissed with prejudice, each party to pay their own attorneys' fees and costs.

DATED this 4th day of March, 2009.

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Court Judge